UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:10-CR-101-1-F1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CASHMERE CAZEAU, | ) | |
| Defendant. | ) | |

On May 16, 1994, Cashmere Cazeau appeared before the Honorable Henry Coke Morgan, Jr., U.S. District Judge in the Eastern District of Virginia, and upon a finding of guilt by jury Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 846; Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) & (b) and 18 U.S.C. § 2; and Use of a Firearm in Relation to a Drug Trafficking Crime or Crime of Violence in violation of 18 U.S.C. to §§ 924(c)(1) and (2), was sentenced to the custody of the Bureau of Prisons for a term of 324 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment.

On November 19, 1997, the conviction and resultant consecutive sentence of 60 months for Use of a Firearm in Relation to a Drug Trafficking Crime or Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1) and (2) was vacated. On April 16, 2008, the defendant's sentence was reduced to 211 months pursuant to the Crack Cocaine Amendment. Cashmere Cazeau was released from custody and the term of supervised release commenced on October 6, 2009.

From evidence presented at the revocation hearing on March 1, 2011, the court finds as a fact that Cashmere Cazeau, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance;

2. Failure to participate as directed in a urinalysis program.

IT IS, THEREFORE, ORDERED and ADJUDGED that the supervised release term heretofore granted be REVOKED, and the defendant is ORDERED committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of **30 months**. This term of imprisonment upon revocation of supervised release results from an upward departure for the reasons detailed in open court.

IT IS FURTHER ORDERED that the Clerk provide the U.S. Marshal a copy of this Judgment and the same shall serve as the commitment herein.

SO ORDERED.

This, the 1st day of March, 2011.

JAMES C. FOX
Senior United States District Judge