UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-101-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CASHMERE CAZEAU, | ) | |
| Defendant. | ) | |

This matter is before the court on remand for resentencing from the United States Court of Appeals for the Fourth Circuit. The Fourth Circuit has remanded the case for resentencing in light of *Tapia v. United States*, 131 S. Ct. 2382 (2011). At the resentencing hearing, the Defendant was present with his counsel, Ms. Bettina Roberts of the Federal Public Defender's Office, and the Government was represented by Assistant United States Attorney Barbara Kocher.

In light of *Tapia* and the fact that Cazeau has already served the majority of his thirty month sentence, the court hereby sentences Cazeau to **time served** for violating the terms of his supervised release. Cazeau is ORDERED released from Federal custody, subject to any pending detainers, and his term of supervised release is terminated.

SO ORDERED

This the 30th day of April, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge